CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

**MAR 2 7 2006**

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

REVEREND PIERRE A. RENOIR,    )
      Plaintiff,          )       Civil Action No. 7:06CV00164
                   )
v.                  )       <u>FINAL ORDER</u>
                   )
WARDEN RAY, <u>et al.</u>,      )       By: Samuel G. Wilson
      Defendants.     )       United States District Judge

In accordance with the written Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that Renoir's complaint is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g). This action is **STRICKEN** from the active docket of the court.

Renoir is advised that he may appeal the dismissal of his claims pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure by filing a notice of appeal with this court within 30 days of the date of entry of this Order, or within such extended period as the court may grant pursuant to Rule 4(a)(5).

The Clerk of the Court is directed to send certified copies of this Order and the accompanying Memorandum Opinion to the plaintiff.

**ENTER:**    This 27th day of March, 2006.

_____
United States District Judge