CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
MAR 27 2006
JOHN F. CORCORAN, CLERK
BY: DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| REVEREND PIERRE A. RENOIR, ) | |
| Plaintiff, ) | Civil Action No. 7:06CV00164 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| WARDEN RAY, et al., ) | By: Samuel G. Wilson |
| Defendants. ) | United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that Renoir's complaint is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g). This action is **STRICKEN** from the active docket of the court.

Renoir is advised that he may appeal the dismissal of his claims pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure by filing a notice of appeal with this court within 30 days of the date of entry of this Order, or within such extended period as the court may grant pursuant to Rule 4(a)(5).

The Clerk of the Court is directed to send certified copies of this Order and the accompanying Memorandum Opinion to the plaintiff.

**ENTER:** This 27th day of March, 2006.

_____
United States District Judge